IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10564
(Summary Calendar)

_____

JERRY LEE THOMPSON,

                                        Plaintiff-Appellant,

versus

LUBBOCK COUNTY JAIL; LUBBOCK COUNTY, TEXAS;
LUBBOCK COUNTY MEDICAL STAFF,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(USDC No. 5:95-CV-127-C)
- - - - - - - - - -
February 25, 1998
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    Jerry Thompson, federal prisoner # 22869-077, appeals the
district court's judgment dismissing his 42 U.S.C. § 1983 suit as
untimely.  Thompson fails to argue in his appellate brief any error
on the part of the district court, e.g., that the district court
erred in dismissing his complaint as untimely.  Thompson has
presented nothing for this court to review.  His appeal is frivolous
and is therefore DISMISSED.  See Grant v. Cuellar, 59 F.3d 523, 524-

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

25 (5th Cir. 1995); <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993); 5th Cir. R. 42.2.

APPEAL DISMISSED.